**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   J.A.C.,                              No. C-11-04457-DMR

12              Plaintiff,                 **ORDER REQUESTING**
                                           **SUPPLEMENTAL BRIEFING**
13        v.

14   LAFAYETTE SCHOOL DISTRICT, *et al.*,

15              Defendants.
     _____/
16

17        The court hereby orders that the parties provide supplemental briefing on how *Payne v.*

18   *Peninsula School District*, 653 F.3d 863 (9th Cir. 2011) (en banc), affects the motion to dismiss

19   currently before it.  Defendants shall submit their briefing no later than **October 17, 2011**.  Plaintiffs

20   shall file a response by no later than **October 19, 2011**.

21

22        IT IS SO ORDERED.

23

24   Dated:  October 12, 2011

25                                         _____
                                           DONNA M. RYU
26                                         United States Magistrate Judge

27

28